Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN GONSALVES, an individual,<br><br>Defendant. | Case No.: C 13 0529 EDL<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date: May 7, 2013<br>Time: 10:00 a.m.<br>Loc.: Ctrm E, 15th Floor<br>Before: Hon. Elizabeth D. Laporte |

Plaintiff Board of Trustees For the Laborers Health and Welfare Trust Fund for Northern California has reached a settlement with Defendant Brian Gonsalves. The settlement documents have been fully executed. Plaintiffs anticipate that Defendant will comply with the initial terms and conditions of the settlement agreement, due May 1, 2013, and that on or before May 20, 2013 this case will be dismissed, in its entirety.

///
///
///
///
///

1  Based on the above, Plaintiff respectfully requests that the May 7, 2013 Case Management Conference be continued for thirty days.

DATED: April 30, 2013

                BULLIVANT HOUSER BAILEY PC

                By _____
                   Ronald L. Richman
                   Susan J. Olson

                Attorneys for Plaintiff

## ORDER

Pursuant to Plaintiffs' request and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference scheduled for May 7, 2013 be continued to __June 11__, 2013, 10:00 a.m., Courtroom E, 15th Floor. Should Plaintiffs have their dismissal on file prior to the continued Case Management Conference, the Case Management Conference will be vacated. A joint case management conference statement shall be filed no later than June 4, 2013.

DATED: May _1_, 2013

                By _____
                  HON. ELIZABETH D. LAPORTE
                  UNITED STATES MAGISTRATE JUDGE

14122341.1