1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California  94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiff

7

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO DIVISION

THE BOARD OF TRUSTEES FOR THE          Case No.: C 13 0529 EDL
LABORERS HEALTH AND WELFARE
TRUST FUND FOR NORTHERN                **CASE MANAGEMENT CONFERENCE
CALIFORNIA,                            STATEMENT; ORDER THEREON**

                   Plaintiff,

          vs.                          **Date:    May 7, 2013**
                                       **Time:    10:00 a.m.**
BRIAN GONSALVES, an individual,        **Loc.:    Ctrm E, 15th Floor**
                                       **Before:  Hon. Elizabeth D. Laporte**
                   Defendant.

       Plaintiff Board of Trustees For the Laborers Health and Welfare Trust Fund for Northern

California has reached a settlement with Defendant Brian Gonsalves. The settlement documents

have been fully executed.  Plaintiffs anticipate that Defendant will comply with the initial terms

and conditions of the settlement agreement, due May 1, 2013, and that on or before May 20,

2013 this case will be dismissed, in its entirety.

/ / /

/ / /

/ / /

/ / /

/ / /

---

1    Based on the above, Plaintiff respectfully requests that the May 7, 2013 Case

2  Management Conference be continued for thirty days.

3  DATED:  April 30, 2013

4                                          BULLIVANT HOUSER BAILEY PC

5

6                                          By _____

7                                             Ronald L. Richman
                                               Susan J. Olson

8                                          Attorneys for Plaintiff

9

10                                          **ORDER**

11    Pursuant to Plaintiffs' request and good cause appearing:

12    IT IS HEREBY ORDERED that the Case Management Conference scheduled for May

13  7, 2013 be continued to June 11            , 2013, 10:00 a.m., Courtroom E, 15th Floor. Should

14  Plaintiffs have their dismissal on file prior to the continued Case Management Conference, the

15  Case Management Conference will be vacated. A joint case management conference statement
                                            shall be filed no later than June 4, 2013.

16  DATED:  May  1 , 2013

17

18                                          By _____

19                                             HON. ELIZABETH D. LAPORTE
                                               UNITED STATES MAGISTRATE JUDGE

20

21  14122341.1

22

23

24

25

26

27

28

─ 2 ─

CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON
Case No.: C 13 0529 EDL